UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIGUEL SALAMANCA,<br><br>           Petitioner,<br><br>  vs.<br><br>MAGGIE MILLER-STOUT,<br><br>           Respondent. | NO. CV-05-162-LRS<br><br>ORDER DISMISSING PETITION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

By Order filed June 21, 2005, the court denied Petitioner leave to proceed *in forma pauperis* and directed him to pay the $5.00 within fifteen (15) days. Petitioner, a *pro se* prisoner at the Airway Heights Correction Center, did not comply and he has filed nothing further in this action. Accordingly, **IT IS ORDERED** the petition is **DISMISSED without prejudice** for failure to comply with the filing fee requirements of Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner at his last know address and close the file.

**DATED** this\_\_\_\_11th\_\_\_\_day of July, 2005.

                                      *s/Lonny R. Suko*

                                    LONNY R. SUKO
                        UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITION